# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZAYAD AL TAAN, : CIVIL ACTION
    Plaintiff :
  v. :
NANCY A. BERRYHILL, :
Acting Commissioner of the :
Social Security Administration, :
    Defendant : NO. 17-2394

FILED APR 11 2018

## ORDER

**AND NOW**, this 11 day of April, 2018, after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can: (a) re-evaluate Plaintiff's credibility; (2) re-evaluate the Ms. Abdoulaye's October 21, 2015 assessment; (3) properly determine whether Plaintiff is disabled under Listed Impairment 12.07; (b) if not, reconsider whether Plaintiff is otherwise disabled.

BY THE COURT:

_____
Berle M. Schiller., J.